UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MOORE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> ACTING COMMISSIONER OF THE <br> SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. CV 16-3967-PJW <br><br> J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: April 10, 2017

*Patrick J. Walsh*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\MOORE, D 3967\Judgment.wpd